# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRADLEY S. KELLER,<br><br>        Plaintiff,<br>  v.<br><br>REGENCE BLUESHIELD OF WASHINGTON,<br><br>        Defendant. | CASE NO. C17-0962-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 7). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 12th day of July 2017.

                                William M. McCool
                                Clerk of Court

                                s/Paula McNabb
                                Deputy Clerk